IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


BERALDO FONSECA,                          )
                    Petitioner,           )
                                          )
        vs.                               )          Civil Action No. 05-351 ERIE
                                          )
JAMES SHERMAN, Warden,                    )
                    Respondent.           )
                                          )


**ORDER**

_____

       AND NOW this 17<u>th</u> day of October, 2006, after consideration of the Petitioner's

Motion for Relief from Judgment (Doc # 23)

       IT IS HEREBY ORDERED that said Motion is DENIED


           S/Sean J. McLaughlin_____
           Sean J. McLaughlin
           United States District Judge


cc: counsel/parties of record   NK